**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **iCHOOSR, LLC** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO.  AU:22-CV-00298-DAE** |
| | § | |
| **TOP WORLDWIDE, LLC** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL

Before the Court is the Parties' Joint Motion and Stipulation of Dismissal of All Claims pursuant to Rule 41(a)(1)(A)(ii).  Having considered the Joint Stipulation and Motion, it is **ORDERED** that all claims asserted by and between the parties are **DISMISSED WITH PREJUDICE.**  It is further **ORDERED** that the parties shall each bear their own costs, expenses and attorneys' fees.  The Clerk is directed to **CLOSE** the above captioned case.

Dated: May 31, 2024.

_____
DAVID EZRA
UNITED STATES DISTRICT JUDGE